# EXHIBIT C

Electronically RECEIVED
5/17/2023
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh (SBN 193525)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana (SBN 258329)
1700 S. El Camino Real Suite 503
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Petitioner YAN HE, an individual and successor in interest to the ESTATE OF BRIAN PAN

JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Kristina M. Paszek, Deputy (SBN 226351)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: kpaszek@smcgov.org

Attorneys for Respondent
COUNTY OF SAN MATEO

Electronically FILED
By Superior Court of California, County of San Mateo
ON    05/22/2023
By   /s/ Torres, Jennifer
Deputy Clerk

*Exempt from filing fees pursuant to Government Code § 6103*

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

**UNLIMITED JURISDICTION**

| | |
|---|---|
| YAN HE, an individual and successor in interest to the ESTATE OF BRIAN PAN,<br><br>Petitioner,<br><br>vs.<br><br>COUNTY OF SAN MATEO, a public entity; CHILD PROTECTIVE SERVICES OF SAN MATEO, a public entity; CHILDREN AND FAMILY SERVICES OF COUNTY OF SAN MATEO, a public entity; and DOES 1 through 50, inclusive.<br><br>Respondents. | Case No.: 23-CIV-01641<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER UNDER GOVERNMENT CODE SECTION 946.6 RELIEIVING PETITIONER OF THE REQUIREMENTS OF GOVERNMENT CODE SECTION 945.4** |

**JOINT STIPULATION AND [PROPOSED] ORDER
GRANTING PETITIONER YAN HE'S SECTION 946.6 PETITION
PAGE 1 OF 4**

Petitioner YAN HE ("Petitioner") and Respondent COUNTY OF SAN MATEO (together with Petitioner, the "Parties"), through their respective undersigned counsel, hereby stipulate to the following:

1. On April 12, 2023, Petitioner filed a Petition for Order from Relief from Claim Statute Under Govt. Code § 954.4 Pursuant to Govt. Code § 946.6 ("Petition"), along with supporting materials.

2. Having considered the Petition and the supporting materials filed therewith, which includes additional materials which became available to Petitioner that were not included with the initial Application for Permission to Present Late Claim that was submitted to the County of San Mateo on or about August 23, 2022, Respondent has decided not to oppose the Petition.

3. The Parties agree that, based on the Petition and supporting materials filed therewith, the Court should enter an Order under Government Code section 946.6 relieving Petitioner of the requirements of Government Code section 945.4 ("Order").  Petitioner shall file the complaint ("Complaint") in the resulting suit within thirty days of entry of the Court's Order in accordance with Government Code section 946.6(f).

4. The Parties further stipulate that:  (a) that Respondent will accept electronic service of the Complaint and accompanying summons, on behalf of itself, and its Children and Family Services division and Child Protective Services program, if they are named as separate parties, provided that an electronic copy is emailed by Petitioner's counsel to both of the following addresses:  dsilberman@smcgov.org and kpaszek@smcgov.org; and (b) Respondent will file and serve its response to the Complaint (on behalf of itself and its and its Children and Family Services division and Child Protective Services program, if they are named as separate parties) within 75 calendar days of service of the Complaint, subject to any further extensions that may be agreed upon by the Parties and/or ordered.

5. The Parties further stipulate that, subject to any further extensions that may be agreed upon by the Parties and/or ordered: (a) Petitioners and Respondent will file in the new

matter Petitions for Disclosure of Juvenile Case Files, as required by Welfare & Institutions Code section 827, within 75 calendar days of the service of the Complaint; and (b) the Parties will not serve any discovery in the new matter on any information subject to protection under Welfare & Institutions Code section 827 until the aforementioned Petitions for Disclosure of Juvenile Case Files are heard and decided.

6. By so stipulating, Respondent does not waive any rights or admit any liability with regard to the merits of Petitioner's underlying claims.

IT IS SO STIPULATED.

DATED: May 17, 2023                    Respectfully Submitted,

                                       SANJIV N. SINGH, A PROFESSIONAL LAW
                                       CORPORATION

                                       _____
                                       Sanjiv N. Singh, Esq.

                                       INDRAJANA LAW GROUP, A PROFESSIONAL
                                       LAW CORPORATION

                                       _____
                                       Michael B. Indrajana, Esq.

                                       Attorneys for Petitioner YAN HE, an individual and
                                       successor in interest to the ESTATE OF BRIAN
                                       PAN

DATED: May 17, 2023                    SAN MATEO COUNTY COUNSEL'S OFFICE

                                       _____
                                       Kristina Paszek, Esq.
                                       Lead Deputy County Counsel
                                       County of San Mateo

**[PROPOSED] ORDER UNDER GOVERNMENT CODE SECTION 946.6 RELIEIVING PETITIONER OF THE REQUIREMENTS OF GOVERNMENT CODE SECTION 945.4**

**Pursuant to the Joint Stipulation of the Parties and Based on the Petition for Order from Relief from Claim Statute Under Govt. Code § 954.4 Pursuant to Govt. Code § 946.6 filed on April 12, 2023, IT IS ORDERED THAT:**

1. Good cause having been shown, Petitioner is hereby relieved from the requirements of Government Code section 945.4.

2. Petitioner shall file the complaint ("Complaint") in the resulting suit within thirty days of entry of this Order in accordance with Government Code section 946.6(f).

3. Respondent shall accept electronic service of the Complaint and accompanying summons, on behalf of itself, and its Children and Family Services division and Child Protective Services program, if they are named as separate parties, provided that an electronic copy is emailed by Petitioner's counsel to both of the following email addresses:  dsilberman@smcgov.org and kpaszek@smcgov.org.  Respondent shall file and serve its response to the Complaint within 75 calendar days of service of the Complaint, subject to any further extensions that may be agreed upon by the Parties and/or ordered.

4. Subject to any further extensions that may be agreed upon by the Parties and/or ordered, Petitioners and any Respondent shall file in the new matter Petitions for Disclosure of Juvenile Case Files, as required by Welfare & Institutions Code section 827, within 75 calendar days of the service of the Complaint and the Parties shall not serve any discovery on any information subject to protection under Welfare & Institutions Code section 827  in the new matter until the aforementioned Petitions for Disclosure of Juvenile Case Files are heard and decided.

**IT IS SO ORDERED.**

Dated: _____

Electronically **SIGNED**
By /s/ Healy, Nicole
05/22/2023

_____
Hon. [            ]
Superior Court of California County of San Mateo Judge

# PROOF OF SERVICE

YAN HE, an individual and successor in interest to the ESTATE OF BRIAN PAN, vs. COUNTY OF SAN MATEO, a public entity; et al. San Mateo County Superior Court No. 23-CIV-01641

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On May 17, 2023, I served the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER UNDER GOVERNMENT CODE SECTION 946.6 RELIEIVING PETITIONER OF THE REQUIREMENTS OF GOVERNMENT CODE SECTION 945.4**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

☐ (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address shown below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_*Deborah Rosas*_
Deborah Rosas

PROOF OF SERVICE

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

| | |
|---|---|
| Sanjiv N Singh, Esq.<br>Sanjiv N. Singh, A Professional Law Corporation<br>1700 S. El Camino Real, Suite 503<br>San Mateo, CA 94402<br>ssingh@sanjivnsingh.com | Attorneys for Petitioner |
| Michael Indrajana<br>Indrajana Law Group<br>1700 S. El Camino Real, Suite 503<br>San Mateo, CA 94402<br>michael@indrajana.com | Attorneys for Petitioner |